MORGENSTEIN & JUBELIRER LLP
SHAWN D. PARRISH (CSB #155697)
ANN K. O'CONNELL (CSB #)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

Attorneys for Defendants
FILLMORE PROPERTIES, L.L.C.; CABOOSE PARTNERS, L.L.C.;
ZEPHYR PROPERTIES CORP.; LARAMAR COMMUNITIES, L.L.C.,
JEFFREY S. ELOWE; DAVID WOODWARD AND STEVE BOYACK

FILED
JUL 26 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PASCAL BOKAR THIAM, ET AL.,

Plaintiffs,

v.

FILLMORE PROPERTIES, L.L.C., ET AL.,

Defendants.

Case No.: C-05-01874 JSW

[PROPOSED]
ORDER GRANTING APPLICTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Brian V. Alcala, an active member in good standing of the bar of Illinois, whose business address and telephone number is Ungaretti & Harris, 3500 Three First National Plaza, Chicago, IL 60602, (312) 977-4400, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Fillmore Properties, L.L.C., Caboose Partners, L.L.C., Zephyr Properties Corp., Laramar Communities, L.L.C., Jeffrey S. Elowe, David Woodward and Steve Boyack.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this

- 1 -

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY BRIAN V. ALCALA *PRO HAC VICE* (CASE NO. C-05-0184 JSW)

1 action are subject to the requirements contained in General Order No. 45, *Electronic
2 Case Filing.*

3 DATED: July 26, 2005

*[signature]*
Jeffrey S. White,
United States District Judge