1  MORGENSTEIN & JUBELIRER LLP
   SHAWN D. PARRISH (CSB #155697)
2  ANN K. O'CONNELL (CSB #)
   One Market, Spear Street Tower, 32nd Floor
3  San Francisco, CA 94105
   Telephone:  (415) 901-8700
4  Facsimile:  (415) 901-8701

5  Attorneys for Defendants
   FILLMORE PROPERTIES, L.L.C.; CABOOSE PARTNERS, L.L.C.;
6  ZEPHYR PROPERTIES CORP.; LARAMAR COMMUNITIES, L.L.C.,
   JEFFREY S. ELOWE; DAVID WOODWARD AND STEVE BOYACK
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 PASCAL BOKAR THIAM, ET AL.,              Case No.: C-05-01874 JSW

12        Plaintiffs,                       ~~[PROPOSED]~~
                                            ORDER GRANTING APPLICTION FOR
13     v.                                   ADMISSION OF ATTORNEY PRO HAC
                                            VICE
14 FILLMORE PROPERTIES, L.L.C., ET AL.,

15        Defendants.

16

17     Frank J. Saibert, an active member in good standing of the bar of Illinois, whose

18 business address and telephone number is Ungaretti & Harris, 3500 Three First National

19 Plaza, Chicago, IL 60602, (312) 977-4400, having applied in the above-entitled action for

20 admission to practice in the Northern District of California on a *pro hac vice* basis,

21 representing Fillmore Properties, L.L.C., Caboose Partners, L.L.C., Zephyr Properties

22 Corp., Laramar Communities, L.L.C., Jeffrey S. Elowe, David Woodward and Steve

23 Boyack.

24

25     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

26 and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate

27 appearance *pro hac vice*. Service of papers upon and communication with co-counsel

28 designated in the application will constitute notice to the party. All future filings in this

1 | action are subject to the requirements contained in General Order No. 45, *Electronic*
2 | *Case Filing.*

3 | DATED: July 26, 2005

Jeffrey S. White,
United States District Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY FRANK J. SAIBERT *PRO HAC VICE* (CASE NO. C-05-0184 JSW)