MORGENSTEIN & JUBELIRER LLP
SHAWN D. PARRISH (CSB #155697)
ANN K. O'CONNELL (CSB # 233727)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

Attorneys for Defendants
FILLMORE PROPERTIES, L.L.C., CABOOSE PARTNERS, L.L.C.,
ZEPHYR PROPERTIES CORP., LARAMAR COMMUNITIES, L.L.C.,
JEFFREY S. ELOWE, DAVID WOODWARD AND STEVE BOYACK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASCAL BOKAR THIAM, ET AL., | Case No.: C-05-01874 JSW |
| Plaintiffs, | [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| FILLMORE PROPERTIES, L.L.C., ET AL., | |
| Defendants. | |

IT IS HEREBY ORDERED THAT the Case Management Conference, originally set for August 12, 2005 at 1:30 p.m., is continued to ~~September 2,~~ August 26, 2005 at 1:30 p.m.

DATED: July 26, 2005         /s/ Jeffrey S. White
                              Jeffrey S. White,
                              United States District Judge

704225-01                         - 1 -
                                  [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE