Morgenstein & Jubelirer LLP
Shawn D. Parrish (CSB #155697), sparrish@mjllp.com
Ann O'Connell (CSB # 233727), ako@mjllp.com
One Market, Spear Street Tower, 32nd Floor, San Francisco, CA 94105,
(415) 901-8700, Fax: (415) 901-8701

Ungaretti and Harris LLP
Brian V. Alcala (*pro hac vice*), bvalcala@uhlaw.com
Frank J. Saibert (*pro hac vice*), fjsaibert@uhlaw.com
3500 Three First National Plaza, Chicago, IL 60602, (312) 977-4400, Fax: (312) 977-4405

Attorneys for Defendants Fillmore Properties L.L.C., Caboose Partners L.L.C., Zephyr Properties Corp., Laramar Communities L.L.C., Jeffrey S. Elowe, David Woodwood, Bradford Korzen and Steven Boyack

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASCAL BOKAR THIAM, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> FILLMORE PROPERTIES, L.L.C., ET AL., <br><br> Defendants. | Case No.: C-05-01874 JSW <br><br> [PROPOSED] ORDER EXTENDING DEFENDANT BRADFORD KORZEN'S DUE DATE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT TO SEPTEMBER 12, 2005 <br><br> Dept: Courtroom 2 |

The Court, having reviewed the parties' Stipulation To Extend Defendant Bradford Korzen's Due Date To Answer Or Otherwise Respond To The Complaint To September 12, 2005 and good cause appearing, hereby rules as follows:

Defendant Bradford Korzen's due date to answer or otherwise respond to Plaintiffs' complaint is extended to September 12, 2005.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: August 12, 2005

*/s/ Jeffrey S. White*
Judge Jeffrey S. White

05086.00004
580294.1

- 1 -

[Proposed] Order Extending Defendant Bradford Korzen's
Due Date To Answer Or Otherwise Respond To The Complaint To September 12, 2005