Leonard C. Herr, #081896
DOOLEY HERR & PELTZER
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Plaintiffs,
　　PASCAL BOKAR THIAM and SAVANNA JAZZ, L.L.C.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASCAL BOKAR THIAM and SAVANNA JAZZ, L.L.C., a California Limited Liability Company,<br><br>　　　　Plaintiffs,<br>v.<br><br>FILLMORE PROPERTIES, LLC, a Delaware Limited Liability Company; CABOOSE PARTNERS, L.L.C., a Delaware Limited Liability Company; ZEPHYR PROPERTIES CORP., an Illinois Corporation; LARAMAR COMMUNITIES, L.L.C. a Limited Liability Company; JEFFREY S. ELOWE; DAVID WOODWARD; BRADFORD KORZEN; STEVE BOYACK,<br><br>　　　　Defendants. | No. C 05-01874 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION AND REPY BRIEFS TO MOTION TO STAY |

　　Upon good cause having been shown, the Court's Order of August 12, 2005 is hereby modified to provide that Plaintiffs' opposition to Defendants' Motion to Stay shall now be due on or before September 2, 2005 and Defendants' reply shall be due on or before September 9, 2005.

　　**IT IS SO ORDERED.**

Dated: __August 26__, 2005

　　　　　　　　　　　　　　　　　　　　　_/s/ Jeffrey S. White_
　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

LAW OFFICES
DOOLEY HERR & PELTZER
Attorneys At Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291

[~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME TO FILE
OPPOSITION AND REPLY BRIEFS TO MOTION TO STAY