IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THIAM, et al.,

    Plaintiffs,

v.

FILLMORE PROPERTIES, LLC, et al.,

    Defendants.

No. C 05-01874 JSW

**ORDER REQUIRING JOINT STATUS REPORTS**

On December 9, 2005, the Court granted Defendants' motion to stay this action. The parties are HEREBY ORDERED to provide the Court with joint status reports setting forth the status of the pending state court litigation and the parties' expectations as to when the stay in this matter may be lifted or the case dismissed. The parties shall file the first of these reports by no later than June 23, 2006, and shall file further status reports every 120 days thereafter until the stay is lifted or the case dismissed.

**IT IS SO ORDERED.**

Dated: June 13, 2006

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE