IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASCAL THIAM, et al., | |
| Plaintiffs, | No. C 05-01874 JSW |
| v. | **ORDER DENYING WITHOUT PREJUDICE EX PARTE APPLICATION TO WITHDRAW** |
| FILLMORE PROPERTIES, LLC, et al., | |
| Defendants. | |

On August 9, 2006, Plaintiffs' counsel filed an *ex parte* application to withdraw as attorney of record. That application is DENIED WITHOUT PREJUDICE to refiling the request as a properly noticed motion, filed in accordance with the Northern District Civil Local Rules, on an available date on this Court's calendar.

**IT IS SO ORDERED.**

Dated: October 16, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE