IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PASCAL BOKAR THIAM, et al.,

    Plaintiffs,

v.

FILLMORE PROPERTIES, L.L.C., et al.,

    Defendants.

No. C 05-01874 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on January 5, 2007 on Defendants' motion to dismiss. The Court HEREBY ORDERS that Plaintiffs' opposition to this motion shall be due by Monday, November 13, 2006 and Defendants' reply, if any, shall be due by Monday, November 20, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 30, 2006

                      JEFFREY S. WHITE
                      UNITED STATES DISTRICT JUDGE