IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PASCAL BOKAR THIAM, et al.,

    Plaintiffs,

No. C 05-01874 JSW

v.

FILLMORE PROPERTIES, L.L.C., et al.,

    Defendants.

**ORDER RE PLAINTIFFS' NOTICE OF DISMISSAL**

    On November 20, 2006, Plaintiffs filed a request to withdraw their opposition to Defendants' pending motion to dismiss and to file a statement of non-opposition to the motion. In the alternative, Plaintiffs sought "an Order to Dismiss At Plaintiffs' Instance." In the documents attached to Plaintiffs' request, Plaintiffs indicate that the dismissal should be with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a), "an action may be dismissed by the plaintiff without order of court ... by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No answer or motion for summary judgment has been filed yet by Defendants in this action. Accordingly, the Court construes Plaintiffs' request as a notice of dismissal. Pursuant the notice, the action is dismissed with prejudice and the Clerk is directed to close the file.

    **IT IS SO ORDERED.**

Dated: November 28, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE